## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Moodle Pty Ltd

                Plaintiff,

v.                                                 Case No.: 1:18−cv−06514

                                                      Honorable Manish S. Shah

Webanywhere, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 16, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Enter agreed confidentiality order. For the reasons stated in open court, the motion to dismiss [26] is denied. Defendant's response to plaintiff's motion to compel [34] is due 5/30/19, and may include an update on any discovery issues defendant has with plaintiff. The parties are directed to continue to meet and confer on the motion. The fact discovery deadline is extended to 8/30/19. No appearance on 5/22/19 is necessary. Continued status hearing is set for 7/31/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.